# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  NO. 4:98CR00065-001 SWW

LEON BELL, JR.

## ORDER

The above entitled cause came on for hearing on government's petition to revoke the supervised release [doc #38] previously granted this defendant in the United States District Court for the Eastern District of Arkansas. Based upon the admissions of defendant, the Court found that defendant has violated the conditions of his supervised release without just cause.

IT IS THEREFORE ORDERED AND ADJUDGED that the supervised release previously granted this defendant, be, and it is hereby, **revoked**.

IT IS FURTHER ORDERED that defendant shall serve a term of imprisonment of EIGHTEEN (18) MONTHS in the custody of the Bureau of Prisons. This sentence is to be served concurrently to the undischarged term of imprisonment defendant is currently serving. The Court recommends that defendant participate in a residential or non-residential substance abuse program and participate in mental health counseling during incarceration.

There will be ONE (1) YEAR of supervised release following the term of incarceration with the following condition in addition to the standard conditions of supervised release:

1. Defendant shall serve the first SIX (6) MONTHS of supervised release in a residential reentry facility under the guidance and direction of the U. S. Probation Office.

The defendant is remanded to the custody of the U. S. Marshal Service to be transported to designated facility for service of the sentence imposed.

IT IS SO ORDERED this 2ND day of July 2013.

/s/Susan Webber Wright
United States District Judge